DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GERARD THORNTON** a/k/a **JERRY THORNTON,**
Appellant,

v.

**YOMTOB OFFICE BUILDINGS, LLC,**
a Florida limited liability company,
Appellee.

No. 4D2023-0607

[January 25, 2024]

Appeal of nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James Nutt, Judge; L.T. Case No. 502022CA001837 XXXX MB.

Gerard Thornton, Boca Raton, pro se.

Jeremy Dicker of Sachs Sax Caplan, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***